**UNITED STATES of America,**
**Appellee,**

v.

**Gregory STANEK, Appellant.**

**No. 10–1742.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 23, 2010.

Filed: Oct. 6, 2010.

Maria R. Moran, Robert C. Sigler, U.S. Attorney's Office, argued, Omaha, NE, for Appellee.

Dana C. Bradford, III, Bradford & Coenen, argued, Omaha, NE, for Appellant.

Gregory Stanek, Oklahoma City, OK, pro se.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

**PER CURIAM.**

Gregory Stanek challenges the sentence the district court[1] imposed after he pleaded guilty to (1) conspiring to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing methamphetamine and 5 kilograms or more of a mixture or substance containing cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846, and 18 U.S.C. § 2; (2) using and carrying a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A); and (3) forfeiture under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461 and 26 U.S.C. § 5872. His counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence is unreasonable. Having reviewed the district court's sentence for abuse of discretion as required under *United States v. Feemster*, 572 F.3d 455, 461 (8th Cir.2009) (en banc), we conclude that the sentence is not unreasonable, *see United States v. Sicaros–Quintero*, 557 F.3d 579, 583 (8th Cir.2009) (presumption of reasonableness to sentence at bottom of Guidelines range); *United States v. Watson*, 480 F.3d 1175, 1177 (8th Cir.2007)

(discussing abuse of discretion). Further, we have reviewed the record independently under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we affirm the district court's judgment, and we grant counsel's motion to withdraw, subject to counsel informing appellant about procedures for seeking rehearing and filing a petition for certiorari.

---

1. The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.